United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENDAR INC.,<br>        Plaintiff,<br>v.<br>CHRISTOPHER HANKS,<br>        Defendant. | Case No. 20-cv-03391-JSW<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO SEAL**<br><br>Re: Dkt. No. 20 |

On June 16, 2020, Plaintiff filed a motion to seal. Before Plaintiff filed that motion, the Court *sua sponte* determined that the documents Plaintiff asked to seal should be filed under seal. That Order was filed on June 17, 2020. Accordingly, Plaintiff's motion to seal is moot.

However, Plaintiff filed a declaration in support of that motion under seal, but it did not include a request to seal that declaration in its motion to seal. In addition, it does not appear that the declaration should be filed under seal in its entirety.

Accordingly, by June 24, 2020, Plaintiff shall show cause why the Declaration of Vinayak Nagpal should not be filed in the public record, either in its entirety or in redacted form.

**IT IS SO ORDERED.**

Dated: June 17, 2020

_____
JEFFREY S. WHITE
United States District Judge