UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZENDAR INC., <br>           Plaintiff, <br> v. <br> CHRISTOPHER HANKS, <br>           Defendant. | Case No. 20-cv-03391-JSW <br><br> **ORDER REGARDING DEFENDANT'S ADDITIONAL SUBMISSIONS AND ORDER TO SHOW CAUSE WHY DOCUMENTS SHOULD REMAIN UNDER SEAL** |

Between July 29, 2020 and August 10, 2020, the Court received four additional submissions from Defendant, which shall be entered onto the docket after this Order is filed. The Court has considered the document dated July 24, 2020, Defendant entitled "request for damages" as a supplemental opposition brief to the motion to enforce, although it was filed one day after the deadline to file an opposition. However, the rest of these documents were submitted well after his opposition was due and after Plaintiff filed its reply, and the briefing on the motion to enforce was closed.

Although Defendant is *pro se*, he is expected to follow the same rules of procedure that govern other litigants. *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987), *overruled on other grounds Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012); *see also Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995) ("Although we construe pleadings liberally in their favor, pro se litigants are bound by the rules of procedure.").

Defendant did not seek leave to file a sur-reply. Therefore, the Court has not considered these documents in connection with the pending motion to enforce the settlement agreement.

The Court CONDITIONALLY FILES the documents under seal. It is not clear to the Court that each of the documents need to be sealed in their entirety. Therefore, Plaintiff is

ORDERED TO SHOW CAUSE why the documents should remain under seal. If Plaintiff believes redacted versions should be filed, it shall provide redacted versions with its response to the Order to Show Cause.

Plaintiff's response to this Order to Show Cause on sealing shall be due by August 28, 2020.

**IT IS SO ORDERED.**

Dated: August 14, 2020

JEFFREY S. WHITE
United States District Judge